**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Eduardo Manuel MARQUEZ, aka Seal A, aka Eddie Morando, aka Labian Diaz, aka Spike, and Gato, Defendant—Appellant.**

**No. 05–50466.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 14, 2006.

Becky S. Walker, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, Colleen Crommett, Esq., USSA—Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Karyn H. Bucur, Attorney at Law, Laguna Hills, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

**32**

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

MEMORANDUM **

Eduardo Manuel Marquez appeals from his guilty-plea conviction and 180–month sentence for possession of methamphetamine with intent to distribute, use or carrying of a firearm during a drug trafficking crime and being a felon in possession of a firearm, in violation of 21 U.S.C. § 841(a)(1), 18 U.S.C. § 924(a), and 18 U.S.C. § 922(g)(1), respectively.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Marquez has filed a brief stating that she finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

This matter is **REMANDED** to the district court with directions to correct the judgment of conviction, so that any references to count numbers conform to the first superceding information. *See* Fed. R.Crim.P. 36.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).